## 36773. WATERS v. WATERS.

PER CURIAM.
Appellant has not followed the appeal procedures required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED OCTOBER 8, 1980.

*Whitehurst, Cohen & Blackburn, R. Bruce Warren,* for appellant.
*Long, Denton & Spencer, A. D. Denton,* for appellee.